Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff

FILED '08 JAN 16 16:20 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DELLA F. SALMON,**

        Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security
Administration,

        Defendant.

Civil No. 6:06-CV-6279-AA

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion of the parties submitted herein, Order is hereby granted that Commissioner shall pay and mail to Plaintiff's attorney the sum of $6304.04 in full settlement of all claims for fees under EAJA.  There are no other costs.

IT IS SO ORDERED this day of January  _16_, 2008

                                    _/s/ Ann Aiken_
                                    U.S. District Judge

PRESENTED BY:

By:   /s/ DREW L. JOHNSON
       Drew L. Johnson, OSB #75200
       Of Attorneys for Plaintiff

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA